OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed, with costs.
 

 In
 
 Matter of Ryder Truck
 
 we declared that five identification elements, including plate type, on a parking ticket were
 
 *1016
 
 mandatory, and the omission of one element required dismissal
 
 (Matter of Ryder Truck Rental v Parking Violations Bur.,
 
 62 NY2d 667). We now amplify that decision and hold that a misdescription of any of the five mandatory identification elements also mandates dismissal.
 

 Acting Chief Judge Simons and Judges Titone, Hancock, Jr., Bellacosa and Weiss
 
 *
 
 concur; Judges Kaye and Smith taking no part.
 

 On review of submissions pursuant to section 500.4 of the Rules of the Court of Appeals (22 NYCRR 500.4), order affirmed, with costs, in a memorandum.
 

 *
 

 Designated pursuant to NY Constitution, article VI, § 2.